**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER BANDIERO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02115-APG-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT [ECF No. 1]**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Jennifer Bandiero ("Plaintiff"), through her counsel Maier Gutierrez & Associates, and Defendant Wynn Las Vegas, LLC ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have an extension, up to and including **Thursday, March 7, 2024**, in which to file an answer to Plaintiff's Complaint (ECF No. 1). This Stipulation is submitted and based upon the following:

1. Defendant's response to the Complaint (ECF No. 1) is currently due on March 1, 2024.

2. Due to Defense counsel's recent retention, counsel needs one additional week to investigate Plaintiff's allegations before filing an answer to the Complaint, which spans 24 pages and contains 143 detailed paragraphs with extensive fact allegations.

3. This is the second request for an extension of time for Defendant to file an answer to Plaintiff's Complaint.

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 28th day of February, 2024.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Danielle J. Barraza* <br> Jason R. Maier, Esq. <br> Nevada Bar No. 8557 <br> Danielle J. Barraza, Esq. <br> Nevada Bar No. 13822 <br> 8816 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 <br><br> *Attorneys for Plaintiff* <br> *Jennifer Bandiero* | */s/ Deverie J. Christensen* <br> DEVERIE J. CHRISTENSEN, ESQ. <br> Nevada Bar No. 6596 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *Wynn Las Vegas, LLC* |

**ORDER**

IT IS SO ORDERED:

United States Magistrate Judge

Dated: February 29, 2024