Deverie J. Christensen, Esq.
Nevada State Bar No. 6596
Cayla J. Witty, Esq.
Nevada State Bar No. 12897
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
             cayla.witty@jacksonlewis.com

*Attorneys for Defendant*
*Wynn Las Vegas, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER BANDIERO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02115-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT AND RELATED DEADLINES**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Jennifer Bandiero ("Plaintiff"), through her counsel Maier Gutierrez & Associates, and Defendant Wynn Las Vegas, LLC ("Defendant"), through its counsel Jackson Lewis P.C., as follows:

1. Pursuant to the Discovery Plan and Scheduling Order, the last day to file dispositive motions is Wednesday, December 4, 2024.  ECF No. 21.

2. Consequently, applying the deadlines under Local Rule 7-2(b), responses to dispositive motions will be due 21 days later, which falls on December 25, 2024, Christmas Day. Further, replies will be due 14 days after December 25, on Wednesday, January 8, 2025, which is, and the first week in January following the New Year's holiday.

3. Thus, the deadlines fall during the Christmas, Hannukah, and other yearend holidays, and Counsels for both parties desire, respectfully, to take time away from work to be with their families during these holidays.

4. Moreover, Defense Counsel is preparing for a week-long trial scheduled to commence on December 9, 2024, which has taken substantial time over the past few weeks and made it challenging to meet other deadlines, including the dispositive motions deadline on December 4, 2024.

5. Accordingly, the parties have stipulated and agreed to extend the deadlines to file dispositive motions, responses, and replies as follows:

    a. Dispositive motions will be due on **December 20, 2024**;

    b. Responses to dispositive motions will be due on **January 17, 2025**; and,

    c. Replies will be due on **January 31, 2025**.

6. This is the first request to extend the deadline to file motions for summary judgment.

7. This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 2nd day of December, 2024.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Danielle J. Barraza* | */s/ Cayla J. Witty* |
| JASON R. MAIER, ESQ. | DEVERIE J. CHRISTENSEN, ESQ. |
| Nevada Bar No. 8557 | Nevada Bar No. 6596 |
| DANIELLE J. BARRAZA, ESQ. | CAYLA J. WITTY, ESQ. |
| Nevada Bar No. 13822 | Nevada Bar No. 12897 |
| 8816 Spanish Ridge Avenue | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89101 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Jennifer Bandiero* | *Wynn Las Vegas, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: December 3, 2024

2