```
Deverie J. Christensen, Esq.
Nevada State Bar No. 6596
Cayla J. Witty, Esq.
Nevada State Bar No. 12897
```
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
         cayla.witty@jacksonlewis.com

*Attorneys for Defendant*
*Wynn Las Vegas, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER BANDIERO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02115-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES TO MOTIONS FOR SUMMARY JUDGMENT AND RELATED DEADLINES**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Jennifer Bandiero ("Plaintiff"), through her counsel Maier Gutierrez & Associates, and Defendant Wynn Las Vegas, LLC ("Defendant"), through its counsel Jackson Lewis P.C., as follows:

1. Pursuant to the Discovery Plan and Scheduling Order, the last day to file dispositive motions is Wednesday, December 4, 2024. ECF No. 21.

2. The parties subsequently sought by stipulation an extension to the deadline to file dispositive motions. An Order was filed on December 4, 2024, granting an extension of the deadline to file dispositive motions to December 20, 2024. *See Dkt. No. 26.* Pursuant to that Order, responses to dispositive motions were due on January 17, 2025, and replies due January 31, 2025.

3. On December 20, 2024, Plaintiff filed a Motion for Partial Summary Judgment, Dkt. No. 27, and Defendant filed a Motion for Summary Judgment, Dkt. No. 30.

4. On January 17, 2025, Plaintiff filed her Opposition to Defendant's Motion for Summary Judgment. *See Dkt. No. 36.* Plaintiff's filing included four appendices of documents. *Dkt. No. 37-40.*

5. Also on January 17, 2025, Defendant filed its Response in Opposition to Plaintiff's Motion for Partial Summary Judgment. *See Dkt. No. 32.* Defendant also filed a Motion for Leave to File Under Seal Exhibit B to Defendant's Response. *See Dkt. No. 33.*

6. The respective replies as well as Plaintiff's response to the Motion for Leave to File Under Seal are all due January 31, 2025.

7. Defense counsel became ill on January 20, 2025, and has been unable to complete work toward these deadlines.

8. Accordingly, the parties have stipulated and agreed to extend the deadline to file replies to dispositive motions one week to **February 7, 2025**.

9. The parties also stipulated and agreed to extend the deadline for Plaintiff to respond to Defendant's Motion for Leave to File Under Seal Exhibit B to Defendant's Response to Plaintiff's Motion for Partial Summary Judgment to **February 7, 2025.**

10. This is the second request to extend the deadlines to file related to dispositive motions.

11. This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this __24th__ day of January 2025.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Danielle J. Barraza* <br> JASON R. MAIER, ESQ. <br> Nevada Bar No. 8557 <br> DANIELLE J. BARRAZA, ESQ. <br> Nevada Bar No. 13822 <br> 8816 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 <br><br> *Attorneys for Plaintiff* <br> *Jennifer Bandiero* | */s/ Cayla J. Witty* <br> DEVERIE J. CHRISTENSEN, ESQ. <br> Nevada Bar No. 6596 <br> CAYLA J. WITTY, ESQ. <br> Nevada Bar No. 12897 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *Wynn Las Vegas, LLC* |

Case No. 2:23-cv-02115-APG-NJK

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES TO MOTIONS FOR SUMMARY JUDGMENT AND RELATED DEADLINES (SECOND REQUEST)

**ORDER**

IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

Dated: January 27, 2025

3