UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BANDIERO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02115-APG-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Jennifer Bandiero ("Plaintiff"), through her counsel Maier Gutierrez & Associates, and Defendant Wynn Las Vegas, LLC ("Defendant"), through its counsel Jackson Lewis P.C., as follows:

1. Pursuant to the Discovery Plan and Scheduling Order, the date for filing the Joint Pretrial Order is thirty (30) days after decision on dispositive motions or by further order of the Court. ECF No. 21.

2. On December 20, 2024, Plaintiff filed a Motion for Partial Summary Judgment, ECF No. 27, and Defendant filed a Motion for Summary Judgment, ECF No. 30.

3. On September 11, 2025, the Court issued its Order (1) Granting in Part Defendant's Motion for Summary Judgment, (2) Granting in Part Plaintiff's Motion for Partial Summary

1  Judgment, (3) Granting in Part Plaintiff's Motion for Leave to File under Seal, and (4) Granting
2  Defendant's Motion for Leave to File under Seal. ECF No. 46.
3      4.    The minute order accompanying the Court's Order, ECF No. 46, directed the parties
4  to submit a status report by September 26, 2025.
5      5.    The Joint Pretrial Order would then be due October 13, 2025.
6      6.    The parties are in communication regarding the necessary preparations but believe
7  additional time would be assistive.
8      7.    Accordingly, the parties have stipulated and agreed to extend the deadline to file the
9  Joint Pretrial Order thirty (30) days to **November 12, 2025**.
10      8.    This is the first request to extend the deadline to file the Joint Pretrial Order.
11      9.    This stipulation and order is sought in good faith and not for the purpose of delay.
12      Dated this 23rd day of September, 2025.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| /s/ Danielle J. Barraza | /s/ Cayla J. Witty |
| JASON R. MAIER, ESQ. | DEVERIE J. CHRISTENSEN, ESQ. |
| Nevada Bar No. 8557 | Nevada Bar No. 6596 |
| DANIELLE J. BARRAZA, ESQ. | CAYLA J. WITTY, ESQ. |
| Nevada Bar No. 13822 | Nevada Bar No. 12897 |
| 8816 Spanish Ridge Avenue | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Jennifer Bandiero* | *Wynn Las Vegas, LLC* |

**ORDER**

IT IS SO ORDERED:
Dated: September 25, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2