**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER BANDIERO, individually, | Case No. 2:23-cv-02115-APG-NJK |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW ATTORNEY CAYLA J. WITTY FROM CASE** |
| vs. | |
| WYNN LAS VEGAS, LLC, a Nevada limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Defendant Wynn Las Vegas, LLC, by and through its counsel, the law firm of Jackson Lewis P.C., hereby requests leave of Court to remove attorney Cayla J. Witty as counsel of record from the above captioned case and the Court's docket. Ms. Witty is no longer with Jackson Lewis P.C. and her withdrawal will not cause any delay in the action. Deverie Christensen will remain as counsel of record for said Defendant.

Dated this 6th day of October, 2025.

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
Deverie J. Christensen, Bar #6596
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Wynn Las Vegas, LLC*

**IT IS SO ORDERED**
Dated: October 7, 2025
.

Nancy J. Koppe
United States Magistrate Judge