UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BANDIERO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02115-APG-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Jennifer Bandiero ("Plaintiff"), through her counsel Maier Gutierrez & Associates, and Defendant Wynn Las Vegas, LLC ("Defendant"), through its counsel Jackson Lewis P.C., as follows:

1. Pursuant to the Discovery Plan and Scheduling Order, the date for filing the Joint Pretrial Order is thirty (30) days after decision on dispositive motions or by further order of the Court. ECF No. 21.

2. On December 20, 2024, Plaintiff filed a Motion for Partial Summary Judgment, ECF No. 27, and Defendant filed a Motion for Summary Judgment, ECF No. 30. On September 11, 2025, the Court issued its Order (1) Granting in Part Defendant's Motion for Summary Judgment, (2) Granting in Part Plaintiff's Motion for Partial Summary Judgment, (3) Granting in Part Plaintiff's Motion for Leave to File under Seal, and (4) Granting Defendant's Motion for Leave to File under Seal. ECF No. 46. The minute order accompanying the Court's Order, ECF No. 46, directed the parties to submit a status report by September 26, 2025. The Joint Pretrial Order would

then be due October 13, 2025. However, the parties requested and were granted an extension on the deadline to file the Joint Pretrial Order on November 12, 2025. ECF No. 50.

3. On October 22, 2025, the parties stipulated and agreed to extend the deadline to file the Joint Pretrial Order for three weeks to December 3, 2025. ECF No. 54.

4. Although the parties anticipated being able to complete the Joint Pretrial Order without further extension, Defense Counsel has experienced unexpected delays due to serious medical issues. On November 16, 2025, attorney Joshua A. Sliker, one of the two Litigation Principals in the Jackson Lewis Las Vegas Office, was hospitalized due to a medical emergency. Accordingly, Deverie Christensen, undersigned Defense Counsel, as the Las Vegas Office Managing Principal, stepped in to cover Mr. Sliker's cases, including case deadlines, in addition to managing her own caseload. On top of handling two caseloads unexpectedly over the past week, Ms. Christensen caught the flu. Ms. Christensen is now ill and unable to meet with Plaintiff's counsel to prepare the Joint Pretrial Order and address all its required contents. Given the unanticipated serious medical issues affecting Defense Counsel's ability to complete the Joint Pretrial Order meet and confer discussions, Ms. Christensen requested and Plaintiff's Counsel graciously agreed to request that the Court grant a further extension of the deadline to December 19, 2025.

5. Defense Counsel was unable to anticipate the need for an extension of time to submit the Joint Pretrial Order 21 days before the deadline due to the unforeseen medical emergency of one Litigation Partner (Mr. Sliker) and sudden onset of the flu in the other (Ms. Christensen). Accordingly, good cause exists to extend the deadline to submit the Joint Pretrial Order.

6. The Parties stipulate to and respectfully request the Court grant an exception and extension to submit the Joint Pretrial Order from December 3, 2025 to December 19, 2025.

/ / /

/ / /

/ / /

/ / /

/ / /

2

7. This is the third request to extend the deadline to file the Joint Pretrial Order. This stipulation and order is sought in good faith and not for the purpose of delay.

**ORDER**

IT IS SO ORDERED:

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: November 25, 2025