1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BANDIERO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02115-APG-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(FOURTH REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Jennifer Bandiero ("Plaintiff"), through her counsel Maier Gutierrez & Associates, and Defendant Wynn Las Vegas, LLC ("Defendant"), through its counsel Jackson Lewis P.C., as follows:

1.  Pursuant to the Discovery Plan and Scheduling Order, the date for filing the Joint Pretrial Order is thirty (30) days after decision on dispositive motions or by further order of the Court. ECF No. 21.

2.  On December 20, 2024, Plaintiff filed a Motion for Partial Summary Judgment, ECF No. 27, and Defendant filed a Motion for Summary Judgment, ECF No. 30. On September 11, 2025, the Court issued its Order (1) Granting in Part Defendant's Motion for Summary Judgment, (2) Granting in Part Plaintiff's Motion for Partial Summary Judgment, (3) Granting in Part Plaintiff's Motion for Leave to File under Seal, and (4) Granting Defendant's Motion for Leave to File under Seal. ECF No. 46. The minute order accompanying the Court's Order, ECF No. 46, directed the parties to submit a status report by September 26, 2025. The Joint Pretrial Order would

then be due October 13, 2025.  However, the parties requested and were granted an extension on the deadline to file the Joint Pretrial Order on November 12, 2025.  ECF No. 50.

3. On October 22, 2025, the parties stipulated and agreed to extend the deadline to file the Joint Pretrial Order for three weeks to December 3, 2025. ECF No. 54.

4. On November 24, 2025, the parties stipulated and agreed to extend the deadline to file the Joint Pretrial order to December 19, 2025, due to serious unexpected medical emergencies of a partner in undersigned Defense Counsel's office and illness affecting undersigned Defense Counsel's ability to work with Plaintiff's Counsel timely to complete the necessary meet and confer communications, exchange of drafts and respective positions, to prepare the Joint pretrial Order. ECF. No. 56.

5. Due to the unexpected delays, Plaintiff's Counsel was unable to circulate a draft of the Joint Pretrial Order until the evening of December 16, 2025, leaving only three days for the parties to review, exchange revisions, discuss objections and potential further stipulations to resolve and narrow the issues and evidence to be presented at trial, possibly shortening the length of trial. The parties need additional time to discuss these issues, meet and confer, and negotiate further edits and stipulations in order to finalize a Joint Pretrial Order for the Court's consideration.  The Undersigned Counsels, while planning to continue working on the Joint Pretrial Order, also anticipate slight delays in exchange of drafts and communications with their respective clients during the next two weeks due to the intervening holidays.

6. Defense Counsel was unable to anticipate the need for an extension of time to submit the Joint Pretrial Order at least 21 days before the deadline due to the length of the flu affecting Ms. Christensen and availability to meet with Plaintiff's Counsel, and resulting timing for Plaintiff's Counsel to circulate a draft of the Joint Pretrial Order that will require the parties to further meet and confer, stipulate to facts and evidence to narrow the objections and issues for trial.

7. Accordingly, good cause exists to extend the deadline to submit the Joint Pretrial Order.

8. The Parties stipulate to and respectfully request the Court grant an exception and extension to submit the Joint Pretrial Order from December 19, 2025 to January 9, 2026.

9. This is the fourth request to extend the deadline to file the Joint Pretrial Order. This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 17th day of December, 2025.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Danielle J. Barraza* | */s/ Deverie J. Christensen* |
| JASON R. MAIER, ESQ., #8557 | DEVERIE J. CHRISTENSEN, ESQ., #6596 |
| DANIELLE J. BARRAZA, ESQ., #13822 | 300 S. Fourth Street, Suite 900 |
| 8816 Spanish Ridge Avenue | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89148 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Wynn Las Vegas, LLC* |
| *Jennifer Bandiero* | |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge
Nancy J. Koppe

Dated: December 18, 2025

3