Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com

*Attorney for Defendant*
*Wynn Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BANDIERO, individually,<br><br>            Plaintiff,<br><br>      vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No. 2:23-cv-02115-APG-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Jennifer Bandiero ("Plaintiff"), through her counsel Maier Gutierrez & Associates, and

Defendant Wynn Las Vegas, LLC ("Defendant"), through its counsel Jackson Lewis P.C.,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Jackson Lewis P.C.
Las Vegas

stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 18th day of June, 2026.

MAIER GUTIERREZ & ASSOCIATES

/s/ Danielle J. Barraza
JASON R. MAIER, ESQ., #8557
DANIELLE J. BARRAZA, ESQ., #13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiff*
*Jennifer Bandiero*

JACKSON LEWIS P.C.

/s/ Deverie J. Christensen
DEVERIE J. CHRISTENSEN, ESQ., #6596
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
  *Wynn Las Vegas, LLC*

**ORDER**

IT IS SO ORDERED:

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: June 22, 2026